UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

HEATHER A FOLEY
        Debtor(s)

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

CASE NO. BKY 14-33582 WJF

    Gregory A. Burrell, Chapter 13 Trustee, reports that distributions to Green Tree in the amount of $18,538.19, were unclaimed.

| | | |
|---|---|---|
| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
| Green Tree | 2 | $18,538.19 |
| 345 St Peter Street | | |
| L800R | | |
| St Paul, MN  55102 | | |

ACCOUNT NUMBER:
89958834 7

Please be advised that the original check was mailed to the claimant on or about March 30, 2015. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that he has been unable to locate the creditor who filed the claim despite having made reasonable efforts to do so.

                                 **Gregory A. Burrell, Trustee**

Dated: September 27, 2019

                                 /s/ Gregory A. Burrell/djb
                                 Gregory A. Burrell, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee